# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SERGIO CERVANTES RODRIGUES,

    Petitioner,

vs.

DWIGHT W. NEVEN, et al.,

    Respondents.

Case No. 2:12-CV-00604-RLH-(VCF)

**ORDER**

    Petitioner, who is in the custody of the Nevada Department of Corrections, has submitted an application to proceed in forma pauperis (#1) and a petition for a writ of habeas corpus. He did not include with his application (#1) a financial certificate and a copy of his inmate account statement, as required by 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2.

    IT IS THEREFORE ORDERED that the application to proceed in forma pauperis (#1) is **DENIED** without prejudice.

///
///
///
///
///
///
///
///

1    IT IS FURTHER ORDERED that petitioner shall file another application for leave to
2 proceed in forma pauperis, accompanied by a signed financial certificate and a statement of his
3 inmate account.  The clerk of the court shall send petitioner a blank application form for
4 incarcerated litigants.  In the alternative, petitioner shall make the necessary arrangements to pay the
5 filing fee of five dollars ($5.00), accompanied by a copy of this order.  Petitioner shall have thirty
6 (30) days from the date that this order is entered to comply.  Failure to comply will result in the
7 dismissal of this action.

   DATED: April 17, 2012.

   _____
   ROGER L. HUNT
   United States District Judge